THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ryan Bradley, Appellant.
 
 
 

Appeal From Sumter County
R. Ferrell Cothran, Jr., Circuit Court Judge

Unpublished Opinion No. 2011-UP-277
Submitted May 1, 2011  Filed June 8, 2011   

APPEAL DISMISSED

 
 
 
 Appellate Defender Wanda H. Carter, of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia;
 and Solicitor C. Kelly Jackson of Sumter, for Respondent.
 
 
 

PER CURIAM:  Ryan Bradley appeals his convictions for armed robbery, second-degree lynching, and assault and battery of a high and aggravated
nature, arguing the trial court erred in failing to instruct the jury on the defense of alibi.  After a thorough review of the record and counsel's brief
pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant
counsel's motion to be relieved.[1]
APPEAL DISMISSED. 
FEW, C.J., HUFF and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.